1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:22-cr-00174-MCS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Mark Anthony Ramirez, | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    ( )   information in the Pretrial Services Report and Recommendation

    ( )   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    ( )   other: _____

        and/ or

B. (×)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)    information in the Pretrial Services Report and Recommendation

    (×)    information in the violation petition and report(s)

    ( )    the defendant's nonobjection to detention at this time

    ( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 09/13/2023

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE